# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| KELLY RICHTER | CIVIL ACTION NO. 5:23-0829 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KROGER TEXAS L P, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

The Report and Recommendation [doc. #51] of the Magistrate Judge having been considered, together with the written objections [docs. #55, #56, and #62] and response [doc. #59] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for leave to file a second amended complaint [doc. #37] is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this matter be **REMANDED** to the Twenty-Sixth Judicial District, Bossier Parish, Louisiana.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, on this 23rd day of July, 2024.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE